Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Charlene Agles

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CHARLENE AGLES<br><br>          Plaintiffs,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>          Defendants. | Civil Case No.: 2:21-cv-01744-JAM-KJN<br><br>**ORDER** |

### **ORDER**

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 18, 2022            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE